In the Matter of the Application of the NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant, to Acquire Lands of EBEN C. SPRAGUE et al., Respondents.

(Submitted December 7, 1886; decided December 17, 1886.)

*Spencer Clinton* for appellant.

*Ansley Wilcox* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

JOHN R. HINZ, as Administrator, etc., Respondent, *v.* JOHN H. STARIN, Appellant.

(Argued December 7, 1886; decided December 17, 1886.)

*John A. Deady* for appellant.

*Martin J. Keogh* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.